Clerk's Office
Filed Date:

07/15/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YAROSLAV SURIS,

                    JUDGMENT

              Plaintiff,                 20-cv-1793 (BMC)

   v.

GANNETT CO., INC. AND GANNETT
SATELLITE INFORMATION NETWORK, INC.,

              Defendants.
----------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 14, 2021, granting defendants' motion to dismiss; it is

      ORDERED and ADJUDGED that defendants' motion to dismiss is granted.

Dated: Brooklyn, New York
       July 15, 2021

                                                        Douglas C. Palmer
                                                        Clerk of Court

                                        By:    */s/Jalitza Poveda*
                                                    Deputy Clerk