NOTICE OF APPEAL

*************

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

YAROSLAV SURIS, on behalf of himself and
all others similarly situated,

                           Plaintiff,

- v.-

GANNETT CO., INC. d/b/a USA TODAY and
GANNETT SATELLITE INFORMATION
NETWORK, LLC d/b/a USA TODAY,

                           Defendants.

---------------------------------------------------------------------X

NOTICE OF APPEAL

1:20-cv-01793-BMC
DOCKET NO.

Notice is hereby given that Yaroslav Suris hereby appeals to the United States Court of Appeals for the Second Circuit from the decision which dismissed the plaintiff's complaint based on the Memorandum Decision and Order issued by the Honorable Brian M. Cogan, U.S.D.J. declaring that the defendants' website was not a good or service of a place of public accommodation under Title III of the Americans with Disabilities Act entered in this action on the 15th day of July, 2021.

                                                           /s/ Mitchell Segal

                                                           _____
                                                           Mitchell Segal, Esq.
                                                           Law Offices of Mitchell S. Segal, P.C.
                                                          1129 Northern Boulevard, Ste. 404
                                                          Manhasset, New York 11030
                                                          Ph: (516) 415-0100

Dated:  Manhasset, New York
           August 12, 2021